IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELBERT R. COMPTON,

                 Plaintiff,

  v.

BELINDA SCHRUBBE, PAUL SUMNICHT,
ANN SLINGER, GAIL WALTZ, DONNA LARSON,
CHRISTINE DE YOUNG, JEFFREY MANLOVE,
THOMAS GROSSMAN,
and MARGARET ANDERSON,

                 Defendants.

ORDER

12-cv-837-jdp

---

Plaintiff Elbert Compton, a prisoner currently housed at the Waupun Correctional Institution, alleges that prison officials and outside medical personnel failed to provide him adequate medical treatment for a finger he broke while playing basketball. I granted Compton's motion for the court's assistance in recruiting counsel to represent him and stayed the proceedings. Dkt. 106.

The court has now located counsel. Attorneys Douglas M. Poland and Alison E. Stites of the law firm Rathje & Woodward LLC have agreed to represent Compton, with the understanding that they will serve with no guarantee of compensation for their services. It is the court's intention that the scope of representation extends to proceedings in this court only.[1]

Compton should understand that because he is now represented in this case, he may not communicate directly with the court from this point forward. He must work directly with

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a notice of appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

his lawyers and must permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Compton does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyers even if he disagrees with some of them. If Compton decides at some point not to work with these lawyers, he is free to end the representation, but he should be aware that it is unlikely that the court will recruit another lawyer to represent him.

## ORDER

IT IS ORDERED that the clerk of court is directed to set a telephone conference before Magistrate Judge Stephen Crocker to set the schedule for the remainder of the proceedings in this lawsuit, including a new dispositive motions deadline.

Entered August 28, 2018.

                                          BY THE COURT:

                                          /s/
                                          _____
                                          JAMES D. PETERSON
                                          District Judge